UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUN 23 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

ELIZABETH A. HOUGHTON,
Plaintiff

v. C.A. No. 04-478 L

CAPITAL VIDEO CORPORATION;
MET-CAP MANAGEMENT, LLC; and
AMAZING.NET
Defendants

**STIPULATION TO ENTRY OF JUDGMENT**

The parties, by and through their undersigned Attorneys, hereby stipulate pursuant to Rule 58(b) of the Federal Rules of Civil Procedure that judgment shall enter in favor of the Defendants regarding each Count of the Plaintiff's Complaint. The Parties further stipulate that there shall be no award of costs or fees.

STIPULATED AND AGREED TO:

PLAINTIFF ELIZABETH A. HOUGHTON

By her attorney,

Stephen T. Fanning, Esq. (3900)
ATTORNEY AT LAW
305 South Main Street
Providence, RI 02903
(401) 272-8250
(401) 272-4520 (fax)

DEFENDANTS CAPITAL VIDEO CORPORATION;
MET-CAP MANAGEMENT, LLC; and
AMAZING.NET

By their attorneys,

Charles S. Kirwan, Esq. (4050)
CHARLES S. KIRWAN & ASSOCIATES
36 Park Place
Pawtucket, RI 02860
(401) 722-2500
(401) 727-1256 (fax)

Enter: Ronald R. Lagueux
Sr. USDJ 7/6/05