UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUN 23 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

ELIZABETH A. HOUGHTON,
Plaintiff

v.

C.A. No. 04-478 L

CAPITAL VIDEO CORPORATION;
MET-CAP MANAGEMENT, LLC; and
AMAZING.NET
Defendants

# CONSENT JUDGMENT

Pursuant to the stipulation of the parties, judgment is hereby entered in favor of the Defendants regarding all Counts of the Plaintiff's Complaint.

Entered, this 8 day of July, 2005.

ORDERED

ENTER[redacted]

Ronald R. Lagueux
Sr. USDJ 7/6/05

Date: 7/8/05